Amir S. Salehi, State Bar No. 203193
Salehi & Associates, P.C.
12400 Wilshire Blvd., Suite 1300
Los Angeles, CA  90025
Telephone:  (310) 820-3366
Facsimile:  (310) 820-3361

Attorney for Plaintiff J.M.

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
DAVID A. CARRASCO
Supervising Deputy Attorney General
DEBBIE J. VOROUS, State Bar No. 166884
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 324-5345
 Fax:  (916) 324-5205
 Email:  Debbie.Vorous@doj.ca.gov

Attorneys for Defendants Central California Women's
Facility and Patrick

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **J.M. AS AN INDIVIDUAL,** | CASE NO.: 1:08-CV-01226-OWW-GSA (PC) |
| Plaintiff, | **STIPULATION TO CONTINUE MANDATORY SCHEDULING CONFERENCE; ORDER** |
| v. | |
| **JOSEPH WHITE, ET AL.,** | Date: December 4, 2008<br>Time: 8:15 a.m.<br>Courtroom: 3 (7th Floor)<br>Judge: Honorable Oliver W. Wanger |
| Defendants. | |

A Mandatory Scheduling Conference is currently scheduled for December 4, 2008 at 8:15 a.m. in Courtroom #3 (7th Floor) of the above titled Court.  However, Plaintiff is in the process of obtaining new counsel for this matter.

1   Accordingly, IT IS HEREBY STIPULATED AND AGREED by and between the parties
2   hereto, and by their respective counsels of record, that in furtherance of judicial economy and
3   fairness to all parties that the Mandatory Scheduling Conference be moved to **January 8, 2009** at
4   8:15 a.m., or as soon thereafter as possible, in Courtroom #3 (7th Floor) of the above titled Court.

5   IT IS FURTHER STIPULATED that all filing deadlines relating thereto, whether
6   imposed by Statute, Court Rule or otherwise, shall be extended to correspond with the new
7   hearing date.

8   Dated: December 3, 2008          SALEHI & ASSOCIATES, P.C.

By: */s/ Amir S. Salehi*
    Amir S. Salehi
    Attorney for Plaintiff

12  Dated: December 3, 2008          OFFICE OF THE ATTORNEY GENERAL

By: */s/ Debbie J. Vorous*
    Debbie J. Vorous
    Attorney for Defendants

**ORDER**

GOOD CAUSE BEING SHOWN, IT IS HEREBY ORDERED that the Mandatory Scheduling Conference currently set for December 4, 2008 at 8:15 a.m. in Courtroom #3 (7th Floor) shall be moved to **January 8, 2009** at 8:15 a.m.

IT IS SO ORDERED.

**Dated:   December 3, 2008**          */s/ Oliver W. Wanger*
                                       UNITED STATES DISTRICT JUDGE