UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| J. M., | ) | |
| | ) | 1:08-cv-01226-OWW-GSA |
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING ACTION |
| Central California Women's Facility | ) | |
| Defendant. | ) | |

Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

IT IS HEREBY ORDERED that this matter is dismissed with prejudice.

Date: January 20, 2010            /s/ OLIVER W. WANGER
                                  Senior United States District Judge